Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania  ▾

HARRISBURG  Division

|  |  |
|---|---|
| CHARLES A. ZITO III | ) Case No. 1:20-CV-2263 |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) Causa. |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☐ Yes ✔ No |
| -v- | ) |
| DEUTSCHER QUARTET CLUB, JERRY J. PALERMO, JOHN F. OTSTOT | ) FILED HARRISBURG, PA |
| *Defendant(s)* | ) DEC 03 2020 |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) PER _____ DEPUTY CLERK |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Charles A. Zito III |
| Street Address | 737 South Front Street |
| City and County | Steelton, Dauphin County |
| State and Zip Code | Pennsylvania, 17113 |
| Telephone Number | (717) 608-4023 |
| E-mail Address | Chuckzt@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Deutscher Quartet Club |
| Job or Title *(if known)* | Non-Profit Club |
| Street Address | 601 South Front Street |
| City and County | Steelton, Dauphin County |
| State and Zip Code | Pennsylvania, 17113 |
| Telephone Number | (717) 939-1401 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jerry J. Palermo |
| Job or Title *(if known)* | President |
| Street Address | 702 Saint Marys Drive |
| City and County | Steelton, Dauphin County |
| State and Zip Code | Pennsylvania, 17113 |
| Telephone Number | (717) 503-3253 |
| E-mail Address *(if known)* | jerrypalermo@hotmail.com |

Defendant No. 3

| | |
|---|---|
| Name | John F. Otstot |
| Job or Title *(if known)* | Secretary |
| Street Address | 2645 S. 4th Street |
| City and County | Steelton, Dauphin County |
| State and Zip Code | Pennsylvania |
| Telephone Number | (717) 939-1090 |
| E-mail Address *(if known)* | johnotstot@aol.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question                     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code 1331 This is a Federal question because it involves US Constitution issues relating to 14th Amemdment Due Process and Equal Protection Rights and this is the proper Jurisdiction.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Charles A. Zito                     , is a citizen of the State of *(name)*  Pennsylvania                 .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                     , is incorporated under the laws of the State of *(name)*                     ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Jerry J. Palermo                     , is a citizen of the State of *(name)*  Pennsylvania                 . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 1331 This is a Federal question because it involves US Constitution issues relating to 14th Amendment Due Process and Equal Protection Rights and this is the proper Jurisdiction.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Charles A. Zito III                    , is a citizen of the State of *(name)* Pennsylvanis                    .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* John F. Otstot                    , is a citizen of the State of *(name)* Pennsylvania                    . Or is a citizen of *(foreign nation)*                    .

b.    If the defendant is a corporation

The defendant, *(name)* Deutscher Quartet Club , is incorporated under

the laws of the State of *(name)* Pennsylvania , and has its

principal place of business in the State of *(name)* Pennsylvania .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Amount in Controversy is $200,000 because the named defendants breached the contract and my 14 Amendment Due Process and Equal Protection Rights were violated.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I received a letter dated November 19, 2020 from Deutscher Quartet Club stating my membership was revoked for LIFETIME for: "behavioral issues within the Club, issues with Proper Meeting/Post Meeting Participation and serious law violations and/or convictions within the Commonwealth of Pennsylvania, Dauphin County." 2. I've been a member in good standing for over 10 years, without any disciplinary action. 3. I feel as if I was removed from the club because I know too much about the board members and their corruption, and they knew I was investigating and therefore, they revoked my membership in retaliation.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request I be allowed back in and that the Deutscher Quartet Club give me a copy of the bylaws and Constitution, and to hang a copy of the bylaws and Constitution visble to all members as required by the PLCB. The plaintiff is entited to this relief for the clubs breach of contract and not following their own bylaws and Constitution. The plaintiff requests exemplary and punitive damages in the amount of $200,000 from Jerry J. Palermoand, and John F. Otstot.The named defendants acted in bad faith by revoking my membership and not giving me a copy of the clubs bylaws as requested multiple times before and after membership was revoked and their actions were so erratical that gross negligence is a far understatement and deems requested relief.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/1/2020

Signature of Plaintiff

Printed Name of Plaintiff    Charles A. Zito III

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address